| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Offices Of Hagen & Hagen<br>Jeffrey J Hagen - State Bar No. 143754<br>(818) 501-6161<br>4559 San Blas Avenue<br>Woodland Hills, California 91364<br>Fax: (818) 907-6722<br>jeff@hagenhagenlaw.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Jill M. Bolla & Nagendra Babu Bolla,<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/13/2016    Jill M. Bolla                                   /s/ Jill M. Bolla
                    Printed name of Debtor 1                         Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                         F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☒ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☒ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/13/2016    Nagendra Babu Bolla                    /s/ Nagendra Babu Bolla
                    Printed name of Debtor 2                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# ROSS
Ross Dress For Less, Inc.

CO  FILE/EmplId #  017558-017477
PCSYYI  000185510

0540-0540
925-965-4400
5130 HACIENDA DR
DUBLIN, CA 94568

## Earnings Statement

Page 001 of 001

Period Beginning: 02/21/2016
Period Ending: 03/05/2016
Check Date: 03/11/2016
Check Number: 0000720855
Batch Number: 000000000582
Reference#: 6641920

Vacation Hours
Sick Hours Available 19.58

Exemptions    Addl Amt  Addl%
Fed:    M 0
Live: CA M 0
Work: CA M 0

JILL BOLLA
166 DAPPLEGRAY RD
WEST HILLS, CA  91307

Dept: 0540-WEST HILLS CA
Job Title: Retail Associate
Rate: $10.50 Hourly

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REG EARN | 10.5000 | 44.11 | 463.16 | 784.57 |

Deductions
(*Denotes Pre-Tax)  This Period  Year-to-Date

| | | This Period | Year-to-Date |
|---|---|---|---|
| Gross Pay | 44.11 | 463.16 | 784.57 |
| **Taxes** | | | |
| Fed Withholdng | | 13.43 | 13.43 |
| Fed MED/EE | | 6.72 | 11.38 |
| Fed OASDI/EE | | 28.71 | 48.64 |
| CA Withholdng | | | 0.00 |
| CA SDI FTDI | | 4.17 | 7.06 |
| Total Taxes | | 53.03 | 80.51 |

**Employer Match**

Message:

| | This Period | Year-to-Date |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| Net Pay | 410.13 | 704.06 |

**Taxable Benefits**

Fed Taxable Wages  463.16  784.57
Direct Deposit Summary
Net Check                       410.13