```
                             United States Bankruptcy Court
                              Central District of California
In re:                                                                    Case No. 16-10730-VK
Jill Marie Bolla                                                          Chapter 7
Nagendra Babu Bolla
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0973-1           User: sbeverC                Page 1 of 2                   Date Rcvd: Mar 21, 2016
                               Form ID: 309A                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2016.
db/jdb         +Jill Marie Bolla,    Nagendra Babu Bolla,    166 Dapplegray Road,    Bell Canyon, CA 91307-1011
smg             Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA 90053-0200
36951527        Bell Canyon Association,    POBox 51412,    Los Angeles, CA 90051-5712
36951528       +Can Capital Asset Servicing Inc.,    aka WebBank,    2015 Vaughn Road,    Unit 500,
                 Kinnesaw, GA 30144-7831
36951533        HNC Financial Corporation Of America,    POBox 203500,    Austin, TX 78720-3500
36951534        HNC Financial Corporation Of America,    POBox 203600,    Austin, TX 78720-3600
36951535       +HNC Financial Corporation Of America,    12515 Research Boulevard,    Building 2/Unit 100,
                 Austin, TX 78759-2247
36951536       #+Innovation Line,    11869 Teale Street,    Culver City, CA 90230-6343
36951540       +Matel Manufacturing, Inc.,    13205 Estrella Avenue,    Unit A,    Gardena, CA 90248-1520
36951542       +Milpitas Fleming Associates,    Milpitas Estrella,    433 North Camden Drive,    Unit 800,
                 Beverly Hills, CA 90210-4412
36951543        Select Portfolio Servicing,    POBox 65250,    Salt Lake City, UT 84165-0250
36951544       +U.S. Small Business Administration,    Boston Private,    10 Post Office Square,
                 Boston, MA 02109-4627
36951545        Wells Fargo Card Services,    POBox 51193,    Los Angeles, CA 90051-5493
36951548        West Hills Hospital & Medical Center,    POBox 923508,    Norcross, GA 30010-3508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jeff@hagenhagenlaw.com Mar 22 2016 03:01:42      Jeffrey J Hagen,
                 4559 San Blas Ave,    Woodland Hills, CA 91364
tr             +EDI: QDKGOTTLIEB.COM Mar 22 2016 02:53:00      David Keith Gottlieb (TR),
                 15233 Ventura Blvd, 9th Floor,    Sherman Oaks, CA 91403-2250
smg             EDI: EDD.COM Mar 22 2016 02:53:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P. O. Box 826892,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Mar 22 2016 02:53:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P. O. Box 2952,    Sacramento, CA 95812-2952
36951526        EDI: AMEREXPR.COM Mar 22 2016 02:53:00      American Express,    Box 0001,
                 Los Angeles, CA 90096-0001
36951529        EDI: CHASE.COM Mar 22 2016 02:53:00      Chase,    POBox 94014,    Palatine, IL 60094-4014
36951531        EDI: CHASE.COM Mar 22 2016 02:53:00      Chase,    POBox 15298,    Wilmington, DE 19850-5298
36951530        EDI: CHASE.COM Mar 22 2016 02:53:00      Chase,    POBox 15548,    Wilmington, DE 19886-5548
36951532        EDI: RCSDELL.COM Mar 22 2016 02:53:00      Dell Business Credit,    POBox 5275,
                 Carol Stream, IL 60197-5275
36951538        EDI: IRS.COM Mar 22 2016 02:53:00      Internal Revenue Service,    POBox 21125,
                 Philadelphia, PA 19114
36951539        E-mail/Text: jeff@hagenhagenlaw.com Mar 22 2016 03:01:42      Jeffrey J Hagen,
                 4559 San Blas Avenue,    Woodland Hills, California 91364
36951546       +EDI: WFFC.COM Mar 22 2016 02:53:00      Wells Fargo Card Services,    POBox 10347,
                 Des Moines, IA 50306-0347
36951547        E-mail/Text: bknotices@wescom.org Mar 22 2016 03:03:15      Wescom Credit Union,    POBox 7058,
                 Pasadena, CA 91109-7058
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
36951537*       Internal Revenue Service,    POBox 7346,    Philadelphia, PA 19101-7346
36951541*      Matel Manufacturing, Inc.,    13205 Estrella Avenue,    Unit A,    Gardena, CA 90248-1520
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2016                                  Signature:  /s/Joseph Speetjens

```
District/off: 0973-1           User: sbeverC              Page 2 of 2                   Date Rcvd: Mar 21, 2016
                               Form ID: 309A              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2016 at the address(es) listed below:
              David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com,  dgottlieb@ecf.epiqsystems.com,
               rjohnson@dkgallc.com,akuras@dkgallc.com
              Jeffrey J Hagen    on behalf of Debtor Jill Marie Bolla jeff@hagenhagenlaw.com
              Jeffrey J Hagen    on behalf of Joint Debtor Nagendra Babu Bolla jeff@hagenhagenlaw.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Jill Marie Bolla** | Social Security number or ITIN | **xxx–xx–3839** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nagendra Babu Bolla** | Social Security number or ITIN | **xxx–xx–5992** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Central District of California** | Date case filed for chapter | **7   3/13/16** |
| Case number: | **1:16–bk–10730–VK** | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jill Marie Bolla | Nagendra Babu Bolla |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 166 Dapplegray Road<br>Bell Canyon, CA 91307 | 166 Dapplegray Road<br>Bell Canyon, CA 91307 |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey J Hagen<br>4559 San Blas Ave<br>Woodland Hills, CA 91364 | Contact phone 818–501–6161<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | David Keith Gottlieb (TR)<br>15233 Ventura Blvd, 9th Floor<br>Sherman Oaks, CA 91403–2201 | Contact phone (818) 539–7720<br>Email _____ |

**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 21041 Burbank Blvd, <br> Woodland Hills, CA 91367–6603 | Hours Open: 9:00 AM – 4:00 PM <br><br> Contact phone 855–460–9641 <br><br> Dated: 3/21/16 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 15, 2016 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location: <br><br> **21041 Burbank Blvd., #100, <br> Woodland Hills, CA 91367–6003** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/14/16** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**

Debtor **Jill Marie Bolla** and **Nagendra Babu Bolla**                                          Case number **1:16–bk–10730–VK**

| | | |
|---|---|---|
| **13.** | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

For more information, see pages 1 and 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page **3**